MOORMAN & SINGLETON et al., Petitioners,

v.

Linda Jane SIMMONS, a Minor, by next friend, Respondent.

MOORMAN & SINGLETON et al., Petitioners,

v.

Edward Gale LOONEY, a Minor, by next friend, Respondent.

MOORMAN & SINGLETON, a Partnership, et al., Petitioners,

v.

Jerry Don FLOYD et al., Respondents.

MOORMAN & SINGLETON, a Partnership, et al., Petitioners,

v.

Joe Bryant FINCHER, a Minor, by and through his next friend and father, Haskel Ray Fincher, Respondent.

No. A–9297.

Supreme Court of Texas.

Jan. 30, 1963.

Thompson, Knight, Wright & Simmons, Dallas, Pinkney Grisson, Frank Finn, Jr., and George C. Chapman, Dallas, for petitioners.

Clyde Elliott, Jr., Canton, Woodruff, Hill, Bader & Kendall, Dallas, for respondents.

PER CURIAM.

We agree with the decision of the Court of Civil Appeals in this case, 360 S.W.2d 548, which is in conflict with the 1959 decision of the Eastland Court of Civil Appeals in Texas Reserve Life Insurance Company v. Adams, 331 S.W.2d 240, error dismissed. In accordance with the provisions of Rule 483, Texas Rules of Civil Procedure, the application for writ of error is refused.